# Exhibit C

[Monthly Report]

[Document filed under seal]